UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

                                                                       CASE NO.: 15-bk-01785-PMG

LEIGH ANN ARD,                                CHAPTER 13

Debtor.
-------------------------------

## CHAPTER 13 PLAN

The Debtor submits the following Chapter 13 Plan:

The future earnings of the Debtor are submitted to the control and supervision of the Trustee. The total monthly payment to the trustee will be **$785.00** per month for month 1 and then **$1,476.45** for months 2 through 60. From the payments so received, the Trustee shall make disbursements as follows:

A. **PRIORITY CLAIMS**
1. The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate of ten percent (10%) of all payments under the Plan.
2. **LAW OFFICE OF ROBERT J. SLAMA** is owed attorneys fees in the amount of $900.00 for Mortgage Mediation. The Trustee shall pay these fees at the rate of **$180.00** per month for months 1 through 5.

B. **SECURED CLAIMS**
1. **Seretus** holds a first mortgage on Debtor's property located at 12182 Caliber Court Jacksonville, FL 32258. The Trustee shall make the monthly mortgage payment in the amount of **$0.00** for month 1 and then **$825.00** per month for months 2 through 60.
2. **Bank of America** holds a second mortgage on the Debtor's property located at 12182 Caliber Court Jacksonville, FL 32258. The Debtor shall seek a Modification. Upon Modification the Debtor shall reaffirm and pay the agreed amount towards the debt. The Trustee shall pay at the rate of **$0.00** per month until modification .
3. **HSBC Polaris** holds a lien on the Debtor's 2007 Yamaha ATV in the amount of $4,500.00 which the Trustee shall pay at the rate of **$100.00** per month for months 1 through 45.
4. **Wells Fargo Dealer** holds a lien on the Debtor's 2012 Nissan Pathfinder in the amount of $23,522.91 which the Trustee shall pay at the rate of **$427.69** per month for months 1 through 55.

C. **UNSECURED CLAIMS** All unsecured creditors, including those secured creditors who have deficiency claims, who timely file valid claims shall receive distribution pro-rata. The Trustee shall distribute to unsecured creditors by a payment of **$0.00** per month for months 1 through 45 and then **$76.12** per month for months 46 through 55 and then **$503.81** for months 56 through 60. The total amount paid to unsecured creditors under this Plan will be $1,508.05.

D. **OTHER PROVISIONS**

(1) Except for claims of governmental units, any creditor's claim filed after the Bar Date set by the Court will receive no distribution under this Plan unless specifically provided for above, unless debtors file the same on behalf of a creditor.
(2) All creditors shall retain their liens to the extent permitted by 11 U.S.C. Section 506(d), except as the underlying debts are extinguished under this Plan.
(3) To satisfy the requirements of Section 365 of the Bankruptcy Code, Debtors hereby assumes all leases and contracts.
(4) Title to the Debtor's property shall revest in the Debtor upon confirmation of this Plan.
(5) *Except as provided for in the Plan, the Order confirming the Plan or other court Order, no interest, late charges, penalties, or attorney's fees after the date of case filing will be paid to or assessed by any secured creditor.* 11 U.S.C. Section 1327(a) provides: "The provisions of a confirmed plan bind the debtor and each creditor, whether or not the claim of such creditor provided for by the plan, and whether or not such creditor has objected to, has accepted, or has rejected the plan."
(6) **LATE FEES OR ATTORNEYS' FEES**. Once debtor successfully completes the Chapter 13 plan and a discharge is entered by the Court, no creditor shall be entitled to any late fees, attorney's fees, other costs or interest other than the interest contained in the payments provided for by the plan during this bankruptcy, including the life of this plan, except as ordered by this Court, excluding existing student loan claims.
(7) **INSURANCE**. Debtor will keep the collateral that secures any debt paid under this Plan insured as provided for in the agreement between the Debtor and creditor.

Dated this **6th** day of May, 2015.

>*/s/ Robert J. Slama*
>Robert J. Slama, Esq.
>Florida Bar No: 919969
>6817 Southpoint Parkway
>Ste. 2504
>Jacksonville, Florida 32216
>support@robertjslamapa.com
>Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Chapter 13 Plan was furnished by CMECF and U.S. Mail to all creditors and interested parties as listed on the attached creditor matrix on this **6th** day of May, 2015.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:15-bk-01785-PMG<br>Middle District of Florida<br>Jacksonville<br>Wed May  6 18:54:39 EDT 2015 | United States Trustee - JAX 13/7 7<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Bank of America, N.A.<br>450 American Street<br>Simi Valley, CA 93065-6285 |
| Capital One<br>P.O. Box 30281<br>Salt Lake City, UT 84130-0281 | City of Jacksonville<br>117 West Duval Street Ste. 480<br>Jacksonville, FL 32202-5721 | Duval County Tax Collector<br>231 Forsyth St.  #130<br>Jacksonville FL 32202-3380 |
| Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | HSBC Polaris<br>Retail Services<br>P.O. Box 15521<br>Wilmington, DE 19850-5521 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |
| Kohls<br>P.O. Box 3115<br>Milwaukee, WI 53201-3115 | Leigh Anne Ard<br>12182 Caliber Court<br>Jacksonville, FL 32258-1230 | Robert J. Slama<br>The Law Office of Robert J. Slama P.A.<br>6817 Southpoint Parkway Ste. 2504<br>Jacksonville, FL 32216-8200 |
| Seretus<br>P.O . Box 2008<br>Grand Rapids, MI 49501-2008 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | Wells Fargo Bank, N.A.<br>P.O. Box 19657<br>Irvine, CA 92623-9657 |
| Wells Fargo Dealer Services<br>P.O. Box 25341<br>Santa Ana, CA 92799-5341 | Douglas W. Neway<br>P O Box 4308<br>Jacksonville, FL 32201-4308 | Robert J. Slama<br>6817 Southpoint Parkway Suite 2504<br>Jacksonville, FL 32216-8200 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Leigh Anne Ard<br>12182 Caliber Court<br>Jacksonville, FL 32258-1230 | End of Label Matrix<br>Mailable recipients    17<br>Bypassed recipients     1<br>Total                  18 |